# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

CHRISTINE GARCIA,

    Plaintiff,

v.                                                        CV No. 18-1072 KK/CG

ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY, et al.,

    Defendants.

## ORDER VACATING INITIAL SCHEDULING ORDER
## AND RULE 16 SCHEDULING CONFERENCE

**THIS MATTER** is before the Court on Defendant's *Stipulated Motion to Dismiss with Prejudice*, (Doc. 11), filed December 17, 2018 and the Court's *Order Granting Stipulated Motion to Dismiss with Prejudice*, (Doc. 12), filed December 17, 2018. **IT IS THEREFORE ORDERED** that the Court's *Initial Scheduling Order*, (Doc. 5), and the Telephonic Rule 16 Scheduling Conference set for January 15, 2019 at 2:00 p.m. are **VACATED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE